HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASONS SUPPLY COMPANY, an Oregon domestic business corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FRED FREEMAN, an individual, and SALMON BAY SAND AND GRAVEL COMPANY, a Washington company.<br><br>        Defendants. | Case No. 2:24-cv-00280-RAJ<br><br>**ORDER** |

THIS MATTER comes before the Court on Plaintiff Masons Supply Company's ("MASCO") *Ex Parte* Motion for Expedited Discovery and Interim Protective Order. Dkt. # 9. MASCO filed their Amended Complaint bringing claims related to Defendant Fred Freeman's alleged misappropriation of trade secrets stemming from his employment at MASCO. Dkt. # 8. On March 4, 2024, MASCO filed the instant motion seeking expedited discovery pursuant to Federal Rule of Civil Procedure 26(d) in the form of a limited deposition of Freeman, requests for production to Freeman and Defendant Salmon Bay, and a request for inspection of a flash drive allegedly used by Freeman to

ORDER – 1

download sensitive MASCO documents. Dkt. # 9. Further, MASCO seeks entry of an interim protective order based on the Western District of Washington's model protective order. *Id.* at 3. Both Freeman and Salmon Bay have filed objections to MASCO's motion. Dkt. ## 16, 18. All parties, through counsel, appeared before this Court for a teleconference regarding Plaintiff's motion on March 20, 2024. Dkt. # 23.

At the teleconference, all parties consented to engage a neutral third-party, such as a judicial mediator or arbitrator, to assist the parties in resolving Plaintiff's outstanding motion. Dkt. # 23. Therefore, this Court hereby **ORDERS** all parties to engage the services of a neutral third-party to resolve the instant dispute and provide a status update to this Court within twenty (20) days. If the parties cannot agree on a neutral third-party, each party shall submit to this Court three (3) options by Monday, March 25, 2024 at 5:00 p.m., and this Court shall make a determination as to whom the parties shall engage. The cost of the neutral third-party's services shall be shared equally amongst MASCO, Freeman, and Salmon Bay. If the parties are unable to engage the services of a neutral third-party within twenty days, the parties shall advise this Court immediately.

This Court **STRIKES** MASCO's Motion for Expedited Discovery. Dkt. # 9. The parties may have the opportunity to re-file the instant motion, or any other discovery motions, as needed. Further, the deadline for Defendants to file an Answer to MASCO's Amended Complaint is hereby **STAYED** pending resolution of the instant dispute.

DATED this 20th day of March, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2